AO 91 (Rev. 11/11)  Criminal Complaint

DOA: 2/10/2025

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Adolfo Palomares-Hermosillo, | ) | Case No.   25-6013MJ |
| A #201 273 903 | ) | |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about February 10, 2025, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Adolfo Palomares-Hermosillo, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Luis, Arizona, on or about February 9, 2013, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).  I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CHARLES BAILEY  Digitally signed by CHARLES BAILEY
Date: 2025.02.11 10:36:17 -07'00'

AUTHORIZED BY:  Charles E. Bailey Jr., P.S. for AUSA Megan Kelly

☒ Continued on the attached sheet.

JUAN M AGUIRRE  Digitally signed by JUAN M AGUIRRE
Date: 2025.02.11 12:25:31 -07'0

*Complainant's signature*

Juan M. Aguirre
ICE Deportation Officer

*Printed name and title*

Sworn to telephonically.

Date:  February 11, 2025 @2:06pm

*Judge's signature*

City and state:  Phoenix, Arizona

Alison S. Bachus
United States Magistrate Judge

*Printed name and title*

**STATEMENT OF PROBABLE CAUSE**

I, Deportation Officer Juan M. Aguirre, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer.  I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about February 10, 2025, in Phoenix, Arizona, officers with the Phoenix Immigrations and Customs Enforcement Phoenix Mobile Criminal Alien Team (ICE MCAT) were conducting an investigation of a previously removed criminal alien, who was suspected to be present in the United States.  On or about the same date, ICE MCAT officers encountered the alien subject after conducting surveillance and performing a vehicle stop in Phoenix, Arizona. During the encounter, ICE MCAT officers identified the alien subject as the driver of the vehicle, and interviewed the passenger of the vehicle, Adolfo Palomares-Hermosillo, and determined him to be a citizen of Mexico, illegally present in the United States.  Palomares-Hermosillo was taken into ICE custody and transported to the Phoenix ICE field office for further investigation and processing. Palomares-Hermosillo was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Adolfo Palomares-Hermosillo to be a citizen of Mexico and a previously deported alien.  Palomares-Hermosillo was removed from the

1

United States to Mexico, through San Luis, Arizona, on or about February 9, 2013, pursuant to a final order of removal issued by an immigration official. There is no record of Palomares-Hermosillo in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Palomares-Hermosillo's immigration history was matched to him by electronic fingerprint comparison.

4. On or about February 10, 2025, Adolfo Palomares-Hermosillo was advised of his constitutional rights. Palomares-Hermosillo freely and willingly acknowledged his rights but did not agree to provide a statement under oath.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about February 10, 2025, Adolfo Palomares-Hermosillo, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near San Luis, Arizona, on or about February 9, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable

2

cause that the defendant violated Title 8, United States Code, Section 1326(a) (Reentry

of Removed Alien).


JUAN M AGUIRRE
Digitally signed by JUAN M AGUIRRE
Date: 2025.02.11 12:26:37 -07'0

Juan M. Aguirre
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
February 11, 2025

Alison S. Bachus
United States Magistrate Judge

3