TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MEGAN KELLY
Assistant United States Attorney
Virginia State Bar No. 98254
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: megan.kelly@usdoj.gov
Attorneys for Plaintiff

FILED ____ LODGED
RECEIVED ____ COPY

MAR 1 1 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-00389-PHX-SMB (DMF) |
|---|---|
| Plaintiff, | |
| vs. | **INDICTMENT** |
| Adolfo Palomares-Hermosillo, | VIO:  8 U.S.C. § 1326(a)<br>(Reentry of Removed Alien)<br>Count 1 |
| Defendant. | 18 U.S.C. §§ 922(g)(5) and 924(a)(8)<br>(Possession of a Firearm by an Alien Unlawfully Present in the United States)<br>Count 2 |
| | 18 U.S.C. §§ 924(d) and 981;<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about February 10, 2025, at or near Phoenix, Arizona, in the District of Arizona, the defendant, ADOLFO PALOMARES-HERMOSILLO, an alien, was found in the United States after having been previously denied admission, excluded, deported, and removed from the United States at or near San Luis, Arizona, on or about February 9, 2013, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

## COUNT 2

On or about February 10, 2025 in the District of Arizona, Defendant ADOLFO PALOMARES-HERMOSILLO, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm and ammunition, to wit:

(1) A Smith & Wesson, 6906, 9 x 19 mm caliber semi-automatic pistol, serial number: VAA4310;

(2) Twenty-three (23) live rounds of 9 x 19 mm caliber ammunition;

which had previously been shipped or transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Count 2 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense(s) alleged in Count 2 of this Indictment, defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offense, and (b) any of defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property defendant is liable, including, but not limited to, the following property involved and used in the offense:

(1) A Smith & Wesson, 6906, 9 x 19 mm caliber semi-automatic pistol, serial number: VAA4310

(2) Twenty-three (23) live rounds of 9 x 19 mm caliber ammunition

If any of the above-described forfeitable property, as a result of any act or omission of defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  March 11, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
MEGAN KELLY
Assistant U.S. Attorney

- 3 -